```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
In re:

RICK ALAN DAVIDSON,                                    Chapter 7
                                                       Case No. 19-11486 (DSJ)
                    Debtor.
-----------------------------------------------------------------------x
SALVATORE LaMONICA, Solely in His Capacity
as Chapter 7 Trustee of the Estate of Rick Alan Davidson,

                    Plaintiff,
      -against-                                        Adv. Pro. No. 21-01126 (DSJ)

AMERICAN EXPRESS COMPANY, AMERICAN
EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC., AMERICAN EXPRESS
CREDIT CORPORATION, AMERICAN
EXPRESS NATIONAL BANK F/K/A
AMERICAN EXPRESS CENTURION BANK AND
SUCCESSOR BY MERGER TO AMERICAN
EXPRESS BANK, FSB, and BELLATOUR, LLC,

                    Defendants.
-----------------------------------------------------------------------x
```

## STIPULATION ACCEPTING SERVICE AND
## EXTENDING TIME TO RESPOND TO THE COMPLAINT

IT IS HEREBY STIPULATED by and between Plaintiff Salvatore LaMonica, solely in his capacity as Chapter 7 Trustee of the estate of Rick Alan Davidson ("Plaintiff") and Defendants American Express Company, American Express Travel Related Services Company, Inc., American Express Credit Corporation, American Express National Bank f/k/a American Express Centurion Bank and Successor by Merger to American Express Bank, FSB ("American Express Defendants") that:

(i) Arnall Golden Gregory, LLP has been authorized to accept service of process of the Summons and Complaint in the above-referenced matter on behalf of the American Express Defendants and has timely received service of same;

(ii) The time by which the American Express Defendants must answer or otherwise

respond to the Complaint is hereby extended to and through July 8, 2021;

(iii) The American Express Defendants waive any objection to service of process of the Summons and Complaint or personal jurisdiction of the Court over them, but otherwise preserve and retain all defenses and objections to the Complaint.

Dated: May 12, 2021
       Atlanta, Georgia

**ARNALL GOLDEN GREGORY LLP**
*Attorneys for American Express Defendants*

By: */s/ Darryl S. Laddin*
Darryl S. Laddin, Esq.
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Tel. (404) 873-7012

Dated: May 12, 2021
       Wantagh, New York

**LAMONICA HERBST & MANISCALCO, LLP**
*Attorneys for Salvatore LaMonica, Solely in His Capacity as Chapter 7 Trustee of the Estate of Rick Alan Davidson*

By: */s/ David A. Blansky*
David A. Blansky, Esq.
3305 Jerusalem Avenue
Wantagh New York 11793
Tel. (516) 826-6500

**SO ORDERED:**

Dated: New York, New York
      May 13, 2021

*s/ David S. Jones*
HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE